# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br>*All Actions in Appendix A* | **HON. CYNTHIA M. RUFE** |

## PRETRIAL ORDER NO. 77
## (CIVIL SUSPENSE)

**AND NOW**, this 21st day of February 2019, to facilitate management of the MDL, it is hereby **ORDERED** that the cases listed in Appendix A, which are incorporated into pending Class Action Complaints, shall be placed into **CIVIL SUSPENSE** for statistical purposes until further order of the Court.

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**

                                                _____

                                                **CYNTHIA M. RUFE, J.**

# APPENDIX A

## INDIVIDUAL MDL 2724 CASES IN SUSPENSE

| | |
|---|---|
| *Int'l Union Eng'r. v. Lannett Company* | 16-990 |
| *Diamond v. Lannett Company* | 16-2077 |
| *UFCW Local v. Allergan PLC* | 16-2169 |
| *KPH Healthcare v. Lannett Company* | 16-2432 |
| *McCrary v. Lannett Company* | 16-3091 |
| *Rochester Drug Coop. v. Allergan PLC* | 16-3189 |
| *Cesar Castillo Inc. v. Allergan PLC* | 16-3525 |
| *Ahold USA v. Lannett Company* | 16-3844 |
| *City of Providence v. Allergan PLC* | 16-4308 |
| *Unite Here Health v. Allergan PLC* | 16-4818 |
| *Velardi v. Lannett Company* | 16-5016 |
| *Phila. Federation of Teachers v. Dr. Reddy's Labs.* | 16-6322 |
| *FWK Holdings LLC v. Actavis Holdco U.S.* | 16-6632 |
| *FWK Holdings LLC v. Dr. Reddy's Labs.* | 16-6633 |
| *Rochester Drug Coop. v. Teligent Inc.* | 16-6638 |
| *Rochester Drug Coop. v. Taro Pharma. Indus.* | 16-6639 |
| *Rochester Drug Coop. v. Fougera Pharma. Inc.* | 16-6644 |
| *Rochester Drug Coop. v. Dr. Reddy's Labs.* | 16-6645 |
| *Rochester Drug Coop. v. Actavis Holdco U.S.* | 16-6661 |
| *Rochester Drug Coop. v. Actavis Holdco U.S.* | 16-6662 |
| *Rochester Drug Coop. v. Lannett Company* | 16-6671 |
| *Cesar Castillo Inc. v. Dr. Reddy's Labs.* | 16-6685 |
| *Cesar Castillo Inc. v. Actavis Holdco U.S.* | 16-6699 |
| *Int'l Union of Operating Eng'r v. Aurobindo Pharma. USA* | 17-294 |
| *Detectives Endowment Ass'n v. Fougera Pharma.* | 17-379 |
| *Rochester Drug Coop. v. Mylan Inc.* | 17-560 |
| *Twin Cities Pipe Trades Welfare Fund v. Mylan Inc.* | 17-724 |
| *Phila. Federation of Teachers v. Actavis Holdco U.S.* | 17-865 |
| *Falconer Pharmacy v. Allergan PLC* | 17-973 |
| *Cesar Castillo Inc. v. Teva Pharma.* | 17-1222 |
| *Rochester Drug Coop. v. Sandoz Inc.* | 17-1300 |
| *Johnson v. Teva Pharma. USA* | 17-1308 |
| *Falconer Pharmacy v. Aurobindo Pharma. USA* | 17-1543 |
| *FWK Holdings LLC v. Teligent Inc.* | 17-1611 |
| *FWK Holdings LLC v. Fougera Pharma* | 17-1662 |
| *FWK Holdings LLC v. Fougera Pharma.* | 17-1663 |
| *FWK Holdings LLC v. Fougera Pharma.* | 17-1664 |
| *FWK Holdings LLC v. Lannett Company* | 17-1665 |
| *FWK Holdings LLC v. Actavis Elizabeth LLC* | 17-1666 |
| *Cesar Castillo Inc. v. Sandoz Inc.* | 17-1667 |
| *Cesar Castillo Inc. v. Fougera Pharma.* | 17-1668 |

| | |
|---|---|
| *Cesar Castillo  Inc. v. Fougera Pharma.* | 17-1670 |
| *Cesar Castillo  Inc. v. Actavis Elizabeth LLC* | 17-1671 |
| *FWK Holdings LLC v. Mylan Inc.* | 17-1685 |
| *FWK Holdings LLC v. Mylan Inc.* | 17-1686 |
| *FWK Holdings LLC v. Actavis Holdco U.S.* | 17-1687 |
| *Sergeants Benevolent Ass'n v. Fougera Pharma.* | 17-1753 |
| *Sergeants Benevolent Ass'n v. Fougera Pharma.* | 17-1755 |
| *Sergeants Benevolent Ass'n v. Taro Pharma.* | 17-1759 |
| *Cesar Castillo Inc. v. Actavis Holdco U.S.* | 17-1767 |
| *Sergeants Benevolent Ass'n v. Actavis Elizabeth LLC* | 17-1771 |
| *Am. Federation of State County & Mun. v. Actavis Elizabeth LLC* | 17-1772 |
| *Rochester Drug Coop. v. Mylan Inc.* | 17-1786 |
| *Rochester Drug Coop. v. Actavis Holdco U.S.* | 17-1787 |
| *Cesar Castillo Inc. v. Teligent Inc.* | 17-1846 |
| *FWK Holdings LLC v. Mylan Inc.* | 17-1847 |
| *Am. Federation of State County & Mun. v. Mylan Inc.* | 17-1849 |
| *Louisiana Health Serv. Indem. v. Actavis Holdco U.S.* | 17-1872 |
| *Louisiana Health Serv. Indem. v. Impax Labs.* | 17-1873 |
| *Louisiana Health Serv. Indem. v. Taro Pharma.* | 17-1874 |
| *Louisiana Health Serv. Indem. v. Actavis Holdco U.S.* | 17-1875 |
| *Louisiana Health Serv. Indem. v. Actavis Elizabeth LLC* | 17-1876 |
| *Louisiana Health Serv. Indem. v. Actavis Holdco U.S.* | 17-1877 |
| *Louisiana Health Serv. Indem. v. Aurobindo Pharma.* | 17-1878 |
| *Louisiana Health Serv. Indem. v. Teligent Inc.* | 17-1879 |
| *Louisiana Health Serv. Indem. v. Dr. Reddy's Labs.* | 17-1880 |
| *Louisiana Health Serv. Indem. v. Actavis Holdco U.S.* | 17-1881 |
| *Louisiana Health Serv. Indem. v. Mylan Inc.* | 17-1882 |
| *Louisiana Health Serv. Indem. v. Fougera Pharma.* | 17-1883 |
| *Sergeants Benevolent Ass'n v. Endo Int'l PLC* | 17-1986 |
| *Rochester Drug Coop. v. Aurobindo Pharma.* | 17-2134 |
| *Rochester Drug Coop. v. Par Pharma.* | 17-2135 |
| *Rochester Drug Coop. v. Akorn Inc.* | 17-2136 |
| *Rochester Drug Coop. v. Mylan Inc.* | 17-2137 |
| *Self-Insured Schools of Calif. v. Mylan Inc.* | 17-2158 |
| *Am. Federation of State County & Mun. v. Actavis Holdco U.S.* | 17-2246 |
| *KPH Healthcare Servs. v. Par Pharma.* | 17-2475 |
| *KPH Healthcare Servs. v. Fougera Pharma.* | 17-2476 |
| *KPH Healthcare Servs. v. Fougera Pharma.* | 17-2477 |
| *KPH Healthcare Servs. v. Mylan Inc.* | 17-2478 |
| *KPH Healthcare Servs. v. Mylan Inc.* | 17-2479 |
| *KPH Healthcare Servs. v. Sandoz Inc.* | 17-2480 |
| *KPH Healthcare Servs. v. Teligent Inc.* | 17-2549 |
| *KPH Healthcare Servs. v. Dr. Reddy's Labs.* | 17-2551 |
| *KPH Healthcare Servs. v. Fougera Pharma.* | 17-2552 |
| *KPH Healthcare Servs. v. Akorn Inc.* | 17-2553 |

| | |
|---|---|
| *KPH Healthcare Servs. v. Lannett Company* | 17-2554 |
| *KPH Healthcare Servs. v. Actavis Holdco U.S.* | 17-2555 |
| *KPH Healthcare Servs. v. Actavis Holdco U.S.* | 17-2556 |
| *State of Arkansas v. Aurobindo Pharma USA* | 17-3769 |
| *West Val Pharmacy v. Mylan Pharma.* | 17-3806 |
| *West Val Pharmacy v. Mylan Inc.* | 17-3807 |
| *West Val Pharmacy v. Lannett Company* | 17-3808 |
| *West Val Pharmacy v. Mylan Inc.* | 17-3811 |
| *West Val Pharmacy v. Actavis Holdco U.S.* | 17-3812 |
| *West Val Pharmacy v. Mylan Inc.* | 17-3813 |
| *West Val Pharmacy v. Impax Labs.* | 17-3814 |
| *West Val Pharmacy v. Actavis Holdco U.S.* | 17-3815 |
| *West Val Pharmacy v. Dr. Reddy's Labs.* | 17-3816 |
| *West Val Pharmacy v. Perrigo New York Inc.* | 17-3817 |
| *West Val Pharmacy v. Actavis Holdco U.S.* | 17-3818 |
| *West Val Pharmacy v. Impax Labs.* | 17-3819 |
| *West Val Pharmacy v. Lannett Company* | 17-3820 |
| *West Val Pharmacy v. Apotex Corp.* | 17-3821 |
| *West Val Pharmacy v. Actavis Holdco U.S.* | 17-3822 |
| *West Val Pharmacy v. Actavis Holdco U.S.* | 17-3823 |